UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PAULINE SAMUELS,

                    Plaintiff,

vs.                              Case No.  2:09-cv-756-FtM-29SPC

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                    Defendant.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #17), filed on December 28, 2010, recommending that the Commissioner's decision to deny social security disability benefits be affirmed.  Plaintiff filed Objections (Doc. #18) on January 7, 2011. The Commissioner filed a Notice to Court (Doc. #20) on January 14, 2011, stating that no reply to the objections would be filed.

The Court reviews the Commissioner's decision to determine if it is supported by substantial evidence and based upon proper legal standards.  Crawford v. Comm'r of Soc. Sec., 363 F.3d 1155, 1158 (11th Cir. 2004).  Substantial evidence is more than a scintilla but less than a preponderance, and is such relevant evidence as a reasonable person would accept as adequate to support a conclusion. Moore v. Barnhart, 405 F.3d 1208, 1211 (11th Cir. 2005); Crawford,

363 F.3d at 1158.  Even if the evidence preponderates against the Commissioner's findings, the Court must affirm if the decision reached is supported by substantial evidence.  Crawford, 363 F.3d at 1158-59.  The Court does not decide facts anew, make credibility judgments, reweigh the evidence, or substitute its judgment for that of the Commissioner.  Moore, 405 F.3d at 1211; Dyer v. Barnhart, 395 F.3d 1206, 1210 (11th Cir. 2005).  The magistrate judge, district judge and appellate judges all apply the same legal standards to the review of the Commissioner's decision.  Dyer, 395 F.3d at 1210; Shinn v. Comm'r of Soc. Sec., 391 F.3d 1276, 1282 (11th Cir. 2004); Phillips v. Barnhart, 357 F.3d 1232, 1240 n.8 (11th Cir. 2004).

The Objections assert that the magistrate judge erred in the following ways: (1) Finding that the Administrative Law Judge (ALJ) articulated good cause for not crediting the retrospective disability opinion of Dr. Mark Droffner; and (2) finding that the ALJ properly determined that plaintiff did not suffer from a "severe" impairment at Step 2 of the sequential evaluation process. After an independent review, the Court agrees with the findings and recommendations in the Report and Recommendation.  Accordingly, the Objections are overruled and the Report and Recommendation is adopted.

Accordingly, it is now

**ORDERED:**

1.   The Objections (Doc. #18) are overruled, and the Report and Recommendation (Doc. #14) is accepted and adopted by the Court.

2.   The Decision of the Commissioner of Social Security is **affirmed.**

3.   The Clerk of the Court shall enter judgment accordingly and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this  19th  day of January, 2011.

JOHN E. STEELE
United States District Judge

Copies:

Hon. Sheri Polster Chappell
U.S. Magistrate Judge

Counsel of Record